## MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge R. Allan Edgar

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Christian Omar Mungilla-Sorrento - Case No. 1:04-cr-122

**Name of Expert or Investigator:** Marc Lawrence

**Address:** 1010 Market Street, Suite 204, Chattanooga, Tennessee 37402

**Type of Expert:** Investigative Services and Interpreter Services

**Reason for Application:** The reason for the application is set out in the attached Motion for Fees In Excess of Statutory Amount for Investigator and Affidavit. Counsel for defendant has advised further investigator services will require an additional cost of $1,600.00 for a total approved amount of $3,200.00.

**Estimated Compensation.** $3,200.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $1,600.00

_____    3/18/05
U.S. District Judge R. Allan Edgar    Date

_____    4-18-05
Honorable Alice M. Batchelder    Date
U.S. Court of Appeals